# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| A. MYLES CARTRETTE, ) <br> JENNIFER J. CARTRETTE, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> H. LEE FARTHING, ) <br>     Defendant. ) | **AMENDED JUDGMENT** <br> CASE NO. 4:08-CV-18-F |

**Decision by Court.**
This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiffs have and recover of Defendant H. Lee Farthing, the amount of $150,000.00, plus interest at the legal rate per annum from the date of entry of this judgment until paid; Plaintiff have and recover of Defendant H. Lee Farthing, the amount of $22,500.00 in attorney's fees and costs as 15% of the outstanding balance; and Plaintiff's Motion for Default Judgment is ALLOWED as to Plaintiffs' claims against Defendant Farthing for breach of the Promissory Note and attorneys fees, and all of Plaintiffs' remaining claims against Defendant Farthing are DISMISSED.

THE ABOVE AMENDED JUDGMENT WAS ENTERED TODAY, **January 17, 2014**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

John William King, Jr.  
310 Craven St.  
New Bern, NC 28563

H. Lee Farthing  
9547 Edgerton Dr., Unit 406  
Myrtle Beach, SC 29572-5100

**JULIE A. RICHARDS, CLERK**

January 17, 2014

/s/ *Shelia D. Foell*  
Deputy Clerk of Court